*24*

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 01 1998
Michael N. Milby
Clerk of Court

Robert Joe McSpadden §
§
§
versus §
§        CIVIL ACTION B 93-217
§
§
Evarado Darcia, et al §
§

United States District Court
Southern District of Texas
ENTERED
SEP 02 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge