United States District Court
Southern District of Texas
ENTERED

DEC 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-93-217 |
| EVARADO GARCIA, ET AL | * | |

O R D E R

Before this Court is Defendants' Motion for Summary Judgment and Plaintiff's opposition to same. This Court has read the parties' pleadings and considered the issues raised in light of the record and the applicable law and is of the opinion that: (1) Defendants' Motion for Summary Judgment should be denied, at this time and, (2) an evidentiary hearing should be set on January 22, 1999 at 3:00 p.m.

It is so Ordered.

Done at Brownsville, Texas, this _____ day of December, 1998.

_____
Hilda G. Tagle
United States District Judge