30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-93-217 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**ORDER**

Came on this day to be considered **Respondent's Motion to Substitute Parties**, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's Motion to Substitute Parties With Brief In Support be, and it is hereby GRANTED. The Respondent in the action is now Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division.

SIGNED on this the 19 day of Jan, 1999.

_____
JUDGE PRESIDING