UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | * | |
| | * | |
| VS | * | C.A. NO. B93-217 |
| | * | |
| GARY L. JOHNSON, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | * | |

## O R D E R

On this day came on to be considered Respondent's Motion to Reset the Evidentiary Hearing, and the Court after considering the pleadings of the parties herein, is of the opinion that the following order should issue:

(1) The Motion to Reset the Evidentiary Hearing is hereby GRANTED and the hearing is reset to March 30, 1999, at 10:00 a.m.;

(2) The public defender is hereby appointed to represent the Petitioner; and

(3) The Clerk shall issue a writ of testificandum for the Petitioner's appearance at said hearing.

DONE at Brownsville, Texas, this 19 day of January, 1999.

_____
Hilda G. Tagle
United States District Judge