33

United States District Court
Southern District of Texas
ENTERED

MAR 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT JOE McSPADDEN | * |
| | * |
| VS. | *   CIVIL ACTION |
| | *   NO. B-93-217 |
| GARY L. JOHNSON, | * |
| Executive Director, Texas | * |
| Department of Criminal Justice, | * |
| Institutional Division | * |

### ORDER OF DISMISSAL

Before this Court is Petitioner's Motion for Continuance Pending Resolution of Petioner's Appeal in a Related Case. Upon review and consideration this Court is of the opinion that Petitioner's Motion for Continuance should be denied and the above styled and numbered proceeding should be DISMISSED without prejudice.

Upon final disposition of the appeal in the related case, B-94-289, either party may petition the Court to re-open the file should such action be warranted.

It is so Ordered.

Done at Brownsville, Texas, this 16th day of March, 1999.

_____
Hilda G. Tagle
United States District Judge